UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VALERIE LYNN HANSEN,

Plaintiff,

v.

GENUINE PARTS CO., NAPA,

Defendant.

CIVIL FILE NO. 00-16 DWF/AJB

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceeding Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: January 7th, 2000.

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JAN 10 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________