**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **VALERIE L. HANSEN,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 00-16 DWF/AJB** |
| **GENUINE PARTS COMPANY, NAPA DISTRIBUTION CENTER** | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on Defendant's Motion to Amend Pretrial Scheduling Order and Plaintiff's Motion for Leave to Amend Complaint. A hearing was held on February 16, 2001 at the U.S. Courthouse, 316 N. Robert Street, St. Paul, MN 55101. Philip R. Mahowald, Esq. appeared on behalf of the Plaintiff. Elizabeth J. Csehy, Esq. appeared on behalf of the Defendant.

Based upon the file and the documents contained therein, along with memorandums, exhibits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Amend Pretrial Scheduling Order is **granted**. The Pretrial Scheduling Order shall be amended as follows:

   Discovery Plan.

   1. Discovery shall be commenced in time to be completed by March 2, 2001.

   Dispositive Motions

   1. All dispositive motions shall be served and filed by the parties by March 30, 2001.

FEB 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff's Motion to Amend Complaint is **granted**.

SO ORDERED, this 26th day of February 2001.

Arthur J. Boylan
United States Magistrate Judge