**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

VALERIE L. HANSEN,

Plaintiff,

Civil No. 00-16 DWF/AJB

v.

**ORDER**

GENUINE PARTS COMPANY, NAPA,

Defendant.

---

The above matter came before the Court on Defendant's Motion to Strike Portions of Plaintiff's Amended Complaint. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion is **denied** [Docket No. 40].

Dated: 5/8/01

Arthur J. Boylan
United States Magistrate Judge

FILED MAY 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____