**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VALERIE L. HANSEN,

Plaintiff,

v.

GENUINE PARTS COMPANY, NAPA,

Defendant.

Civil No. 00-16 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas H. Boyd, Esq., Winthrop & Weinstine, 3200 Minnesota World Trade Center, 30 East 7th Street, St. Paul, MN 55101, and Philip Mahowald, Esq., Winthrop & Weinstine, 60 South 6th Street, Suite 3000, Minneapolis, MN 55402-4430, counsel for Plaintiff.

Richard Morgan, Esq., David Miller, Esq., and Josh Johanningmeier, Esq., Bowman & Brooke, Suite 2600, 150 South 5th Street, Minneapolis, MN 55402 and Marty Martenson, Esq., Patricia Ruark, Esq., and Elizabeth Csehy, Esq., Martenson Law Firm, 100 Galleria Parkway Northwest, Atlanta, GA 30339, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: August 14, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED AUG 14 2001
RICHARD ... CLERK
JUDGMENT ...
DEPUTY CLERK ...

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500