RECEIVED
01 OCT -5 PM 1:35
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **VALERIE L. HANSEN,** | ) |
| **Plaintiff,** | ) |
| **vs.** | ) **CIVIL ACTION NO. 00-16 DWF/AJB** |
| **GENUINE PARTS COMPANY, NAPA DISTRIBUTION CENTER** | ) |
| **Defendant.** | ) |

**ORDER**

A Stipulation of Dismissal with Prejudice in the above-styled case having been presented to this Court, and the Court having considered the Stipulation, the record in this case, and all applicable law,

IT IS HEREBY ORDERED that the Stipulation is **APPROVED**, and Case No. 00-16 DWF/AJB is hereby **DISMISSED WITH PREJUDICE** in its entirety.

This the 9th day of October 2001.

Judge, United States District Court
District of Minnesota

idmsmpl:469272_1

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RECEIVED
01 OCT -5 PM 1:35
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **VALERIE L. HANSEN,** <br> **Plaintiff,** <br> vs. <br> **GENUINE PARTS COMPANY, NAPA DISTRIBUTION CENTER** <br> **Defendant.** | **CIVIL ACTION NO. 00-16 DWF/AJB** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties in the above-styled case have agreed to resolve the matter through settlement;

NOW THEREFORE, the parties stipulate and agree to the dismissal of Case No. 00-16 DWF/AJB, with prejudice.

Dated: October 3, 2001

WINTHROP & WEINSTINE, P.A.

By [signature]

Philip R. Mahowald
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
Telephone: (651) 290-8400
Facsimile: (651) 292-9347

**COUNSEL FOR PLAINTIFF**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 5, 2001

BOWMAN & BROOKE, LLP

By ______________________
Josh Johanningmeier
150 South Fifth Street
Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

-- and --

THE MARTENSON LAW FIRM LLP
Marty N. Martenson
Georgia Bar No. 471100
Elizabeth J. Csehy
Georgia Bar No. 199754
100 Galleria Parkway, N.W.
Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 818-4300
Facsimile: (770) 818-4301

**COUNSEL FOR DEFENDANT**